UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,           :

        Plaintiff,            :

    v.                                  : DOCKET NO. 3:08CV1369 (CSH)

James M. Sokaitis                   :

        Defendant.            :

### STIPULATED JUDGMENT

WHEREAS, Plaintiff, United States of America, has filed a complaint in the above-captioned matter, and Plaintiff and Defendant, James M. Sokaitis, have consented to entry of this Stipulated Judgment without further pleading, trial or adjudication of or finding on any issue of law or fact;

Therefore, it is hereby agreed by Plaintiff and Defendant, and ORDERED by the Court that Judgment shall enter pursuant to the following terms:

1. Judgment will enter against Defendant in the sum of $14,473.19, plus costs, plus interest at 8.0% per annum on the principal of $5,318.39 that has accrued from April 27, 2009, to the date of judgment. Thereafter, interest will continue to accrue at the legal rate, pursuant to 28 U.S.C. §1961.

2. Plaintiff will forebear from pursuing any collection action for a period of six (6) months, beginning April 27, 2009.

3. Defendant agrees to complete a financial statement and discuss a payment arrangement with Plaintiff prior to the expiration

of the six month term.

4. Should a payment arrangement be agreed upon, the amount of Defendant's monthly payment to Plaintiff may be modified by mutual agreement of the parties or on the motion of either party after consideration of Defendant's financial circumstances.

5. Defendant's failure to comply with any future payment schedule shall entitle Plaintiff to declare the <u>entire balance immediately due</u> and payable and shall further entitle Plaintiff to collect upon this judgment in any manner provided by law without further notice.

6. In addition to regular monthly payments set out in a future payment schedule, Plaintiff will submit Defendant's debt to the Treasury Department for inclusion in the Treasury Offset Program. Under this program, any federal payment normally received by Defendant may be offset and applied to the debt.

7. Defendant agrees to complete a financial statement on a yearly basis.

8. Defendant waives formal service of process in this action and acknowledges receipt of a copy of the complaint filed herein.

Plaintiff and Defendant hereby consent to the granting of this Stipulated Judgment without further notice.

For Plaintiff United States of America:

Nora R. Dannehy
Acting United States Attorney

Dated: May 22, 2009

2

```
                          Christine Sciarrino
                          Attorney Bar No: CT03393
                          Attorney for The Department of Justice
                          United States Attorney's Office
                          157 Church Street, 23rd floor
                          New Haven, CT 06510
                               Telephone: (203) 821-3700
                          Fax: (203) 773-5392
                          E-Mail: Christine.Sciarrino@usdoj.gov



                          For Defendant James M. Sokaitis

                                              James Sokaitis
Dated: 5-10-2009          _____
                          Kenneth A. Beck, Esquire
                          Beck & Beck, LLC
                          83 Booth Street
                          Stratford, Connecticut 06614   Kenneth Beck
```

APPROVED AND SO ORDERED THIS 26th DAY OF May , 2009,

AT NEW HAVEN, CONNECTICUT.

```
                          /s/ Charles S. Haight, Jr.
                          _____
                          Charles S. Haight, Jr.
                          Senior United States District Judge
```

3